IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01593-PAB-MEH

BENJAMIN VALESQUEZ,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 18, 2011.**

    Before the Court is Plaintiff's "Stipulated Motion Pursuant to F.R.C.P. 15 to Amend Plaintiff's Amended Complaint to Change the Party Defendant" [filed August 17, 2011; docket #15]. The motion is **granted**. The Court directs the Plaintiff to file a second amended complaint naming the proper defendant **on or before August 22, 2011**. Assuming service is waived, the Defendant shall respond in accordance with Fed. R. Civ. P. 15(a).